IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSE W. DIXON, #209012,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 12-0409-WS-N** |
| **BALDWIN COUNTY, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the remaining claims in this action be and are hereby **DISMISSED** without prejudice for failure to obey the Court's orders and to prosecute this action.

**DONE** this 15th day of February, 2013.

    s/WILLIAM H. STEELE
    **CHIEF UNITED STATES DISTRICT JUDGE**