IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE W. DIXON, #209012,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 12-0409-WS-N |
| **BALDWIN COUNTY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that that the remaining claims in this action be and are hereby **DISMISSED** without prejudice for failure to obey the Court's orders and to prosecute this action.

**DONE** this 15th day of February, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE